FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 2:09 pm, Sep 03, 2025

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INFORMATION NO.** 4:25cr-102 |
| | ) | |
| **v.** | ) | **18 U.S.C. § 922(m)** |
| | ) | **False Entry** |
| **WILLIE PUSKAS** | ) | |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

**COUNT ONE**
*False Entry*
18 U.S.C. § 922(m)

On or about October 17, 2022, the precise date being unknown, within the Southern District of Georgia, the Defendant

**WILLIE PUSKAS**,

then a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false entry in a record the Defendant was required to keep pursuant to Section 923 of Title 18, United States Code.

All in violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of this Indictment, the Defendant **WILLIE PUSKAS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including the following firearms:

1) Aero-Precision, Model M5, Multi Caliber Receiver, Serial Number US356076;

2) Aero-Precision, Model X15, Multi Caliber Receiver, Serial Number X566736;

3) Aero-Precision, Model X15, Multi Caliber Receiver, Serial Number X564979;

4) Aero-Precision, Model M4-E1, Multi Caliber Receiver, Serial Number M4-0583083;

5) Aero-Precision, Model X15, Multi Caliber Receiver, Serial Number X566728;

6) Aero-Precision, Model X15, Multi Caliber Receiver, Serial Number X566730;

7) Aero-Precision, Model X15, Multi Caliber Receiver, Serial Number X566721;

8) Aero-Precision, Model X15, Multi Caliber Receiver, Serial Number X566726;

9) Aero-Precision, Model X15, Multi Caliber Receiver, Serial Number X564972;

10) Aero-Precision, Model X15, Multi Caliber Receiver, Serial Number X566745;

11) Aero-Precision, Model M4-E1, Multi Caliber Receiver, Serial Number M4-0583081;

12) Aero-Precision, Model M4-E1, Multi Caliber Receiver, Serial Number M4-0583090;

13) Aero-Precision, Model M4-E1, Multi Caliber Receiver, Serial Number M4-0585907;

14) Aero-Precision, Model M4-E1, Multi Caliber Receiver, Serial Number M4-0583070;

15) Aero-Precision, Model M4-E1, Multi Caliber Receiver, Serial Number M4-0583088;

16) Aero-Precision, Model M4-E1, Multi Caliber Receiver, Serial Number M4-0566343;

17) Aero-Precision, Model M4-E1, Multi Caliber Receiver, Serial Number M4-0583094;

18) Aero-Precision, Model M4-E1, Multi Caliber Receiver, Serial Number M4-0585917;

19) Aero-Precision, Model M5, Multi Caliber Rifle, Serial Number US333084;

20) Aero-Precision, Model M4-E1, Multi Caliber Receiver, Serial Number M4-0583545;

21) Aero-Precision, Model M5, Multi Caliber Receiver, Serial Number US356073;

22) Aero-Precision, Model X15, Multi Caliber Rifle, Serial Number X076764;

23) Aero-Precision, Model X15, Multi Caliber Rifle, Serial Number X566738;

24) Stag Arms, Model Stag 15, Multi Caliber Rifle, Serial Number W-0073705;

25) Springfield Armory, Model St. Edge, Multi Caliber Receiver, Serial Number SE75763;

26) Aero-Precision, Model X15, Multi Caliber Receiver, Serial Number US356079;

27) Stag Arms, Model Stag 15, Multi Caliber Rifle, Serial Number W-0073747;

28) Aero-Precision, Model X15, Multi Caliber Receiver, Serial Number US181894;

29) Joe Bob Outfitters, Model ML-15, Multi Caliber Receiver Serial Number KS-00387;

30) PTR Industries, .308 Caliber Machine Gun, Serial Number BW03599;

31) Wide Open Trigger, No Serial Number;

32) Palmetto State Armory, Model G3-10, Multi Caliber Receiver, Serial Number G394516;

33) Aero-Precision, Model X15, Multi Caliber Rifle, Serial Number X311263;

34) Brownells Inc. Model BRN-180, 5.56 Caliber Rifle, Serial Number 180-04963; and

35) Polymer 80 Pistol Frame, No Serial Number.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value;

e. has been commingled with other property that cannot be divided without difficulty;

the Defendant shall forfeit to the United States any other property, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

John P. Harper III
Assistant United States Attorney
* Lead Counsel